UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD MARVEL,

        Petitioner,

v.                                      Case No. 3:06-cv-826-J-33MCR

LUCI HADI,
etc., et al.,

        Respondents.

**ORDER OF DISMISSAL**

Petitioner Edward Marvel, who is a civil detainee at the Florida Civil Commitment Center in Arcadia, Florida, initiated this action by filing a Petition for Writ of Habeas Corpus (hereinafter Petition) (Doc. #1). Petitioner challenges his civil commitment on two grounds: (1) his detention violates his Fourth, Sixth and Fourteenth Amendment rights because the date of the alleged offense prohibits Respondents from detaining him for sexual offender treatment, and (2) his detention violates his right to due process in that he has been committed based upon the Assistant State Attorney's filing insufficient documents for a probable cause determination and has not had the adversarial probable cause hearing. As relief, he seeks release from detention in the Florida Civil Commitment Center. Respondents filed a Response (Doc. #6), and Petitioner filed a Reply (Doc. #9).

This cause is now before the Court on Respondents' Motion to Abate (Doc. #11), in which Respondents contend that Petitioner has a pending state court petition for writ of habeas corpus (in DeSoto County, Florida, where he is detained), which the State of Florida responded to on December 13, 2007; that Petitioner Marvel is represented by counsel in his pending Jimmy Ryce Act commitment proceedings in Duval County, Florida; and that "nothing of record would justify pre-trial intervention" by this Court since he has not yet been tried under the Jimmy Ryce Act.[1]

Dismissal of this Petition is warranted because Petitioner Marvel's civil commitment trial proceeding remains pending. Petitioner has not yet been declared a sexually violent predator in need of commitment under the Jimmy Ryce Act because his Jimmy Ryce trial has not yet been conducted. If found by the jury to meet the requirements for civil commitment, a final judgment of commitment would be entered, and Petitioner would have the right to appeal the decision and exhaust his constitutional claims in the state courts. Alternatively, Petitioner's Jimmy Ryce trial may conclude in his favor and result in Petitioner's release, thus mooting this Petition.

---

[1] Petitioner is represented by Stephen F. Albee, an Assistant Public Defender in the Jimmy Ryce Act proceeding, Case No. 2004-7768-CA. Petitioner is awaiting his Jimmy Ryce Act trial.

Because Petitioner's Jimmy Ryce trial has not yet taken place[2], the Petition should be dismissed as premature. See Younger v. Harris, 401 U.S. 37 (1971) (holding that federal courts should abstain from interfering with pending state proceedings when the pending state proceedings are judicial in nature, the proceedings involve important state interests, and the proceedings offer adequate opportunity to raise any constitutional issues); Maharaj v. Sec'y Dep't of Corr., 304 F.3d 1345 (11th Cir. 2002) (federal habeas petition was not ripe for review when state judgment was not yet final). There are not exceptional circumstances justifying this Court's intervention at this time.

Thus, for the reasons explained above, it is now

**ORDERED**:

1. Respondents' Motion to Abate (Doc. #11) is **GRANTED** to the extent that the Petition will be dismissed without prejudice. See paragraph 2.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is **DISMISSED without prejudice** except as to any application of the federal statute of limitations or other procedural bars which may apply.

---

[2] See Respondents' Motion to Abate (Doc. #11), Exhibit D, Progress Docket, Duval County, Florida, Jimmy Ryce Act Proceeding, Case No. 2004-7768-CA.

3.   The Clerk of Court shall enter judgment dismissing the Petition and this case without prejudice.

4.   The Clerk of Court shall close this case.

**DONE AND ORDERED** in chambers in Jacksonville, Florida, this 27th day of February, 2008.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

sc 2/27
c:
Edward Marvel
Ass't Attorney General (McCoy)